**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7134**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARK KERRY CRENSHAW,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  John A. MacKenzie, Senior District Judge.  (CR-90-117-N, CA-96-596-2)

———————

Submitted:  January 26, 1999          Decided:  March 5, 1999

———————

Before MURNAGHAN, NIEMEYER, and HAMILTON, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Mark Kerry Crenshaw, Appellant Pro Se.  Mark Anthony Exley, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark Kerry Crenshaw seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny Crenshaw's motion for appointment of counsel, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court.  See United States v. Crenshaw, Nos. CR-90-117-N; CA-96-596-2 (E.D. Va. July 22, 1997).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2